THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MONTAGNO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted April 5, 1944; decided May 18, 1944.

*Michael Montagno,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt, Orrin G. Judd* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.